UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CLAUDE                                                    **2:25-cv-01648-WJM-AME**

Plaintiff

V.

BANGME BAKERY, LLC
Defendant

---

NOTICE OF CALL FOR DISMISSAL
**PURSUANT TO L.Civ.R.41.1**
(Dismissal of Inactive Cases)

PLEASE BE ADVISED:

This matter will be dismissed on **August 4th, 2025** unless good cause is shown with the filing of an affidavit or other document complying with 28 U.S.C. Section 1746 from litigant/counsel of record or the unrepresented party, **BEFORE** the return date. If said affidavit has not been filed before the return date, counsel/litigant shall show good cause in writing why this action should not be dismissed for lack of prosecution.

MELISSA E. RHOADS, CLERK

By s/Keith R. Guthrie

*Keith R. Guthrie, Deputy Clerk*