# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

CLAUDE

Plaintiff,

v.

BANGME BAKERY, LLC

Defendant.

2:25-cv-01648-WJM-AME

### Order For Dismissal Pursuant to L.Civ.R. 41.1(a)

It appearing that the above captioned action having been pending for more than 90 days without any proceeding having been taken during this time and good cause having not been shown as to why this action should not be dismissed;

**IT IS** on this 4th day of August, 2025,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to L.Civ.R. 41.1(a), without prejudice and without costs.

WILLIAM J. MARTINI
United States District Judge